UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Bryan Wright | ) CASE NO. 17-52728-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to provide the Trustee with a copy of the 2014 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. The Debtor's Plan and Schedules fail to fully disclose information regarding the individual Domestic Support Obligation holder. The Debtor must provide the Chapter 13 Trustee with the name, address and telephone number for said individual. 11 U.S.C. Section 1302(d)(1)(A)(ii).

4. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2015 and 2016.

5. After review of scheduled income and anticipated household expenses, Debtor's proposed budget may fail to provide sufficient funds for ordinary living expenses, in possible violation of 11 U.S.C. Section 1325(a)(6).

6. The Chapter 13 composition Plan proposes to pay a debt of $22,958.00 for a vehicle purchased on or about June of 2016; thereby, indicating a lack of good faith in proposing the instant repayment plan, 11 U.S.C. Sections 1325(a)(3) and 1325(a)(7).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7.    Pursuant to information received from the Internal Revenue Service, 2011, 2012, 2015, and 2016 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

8.    The Debtor lists a family support obligation on Schedule F, but it appears to be a priority debt which Debtor fails to address in the Plan.

9.    The Debtor has failed to properly schedule and notify Dominique Pickens (co-debtor), in violation of 11 U.S.C. Section 342 and the Federal Rules of Bankruptcy Procedure Rule 1007. The Debtor's Schedules and mailing matrix should be amended to include the creditor's complete address, and Debtor should provide proof that the creditor has been served.

10.    The Chapter 13 Plan fails to provide for a co-signed loan to be paid directly by the co-maker to Exeter Finance Corporation; however, the Debtor testified at the Section 341 hearing that the debt was to be placed in a separate class and paid directly by the co-maker. Based on the foregoing, the plan should be amended accordingly so that the Chapter 13 Trustee can properly administer this Chapter 13 plan.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Mandy K. Campbell
Mandy K. Campbell
GA Bar No. 142676
Attorney for Adam M. Goodman
Chapter 13 Trustee

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Bryan Wright | ) | |
| | ) | CASE NO.: 17-52728-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

17-52728-LRC    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):
Bryan Wright
3830 Deer Creek Dr
Powder Springs, GA  30127

DEBTOR(S) ATTORNEY:
King & King Law L.L.C
215 Pryor Street, SW
Atlanta, GA  30303

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, April 5, 2017

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450